IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JORDAN BROWN,<br><br>  Plaintiff,<br><br>v.<br><br>JANICE WILSON; JEFFREY MARTIN; MELISSA J. MCGRAW, ADMINISTRATOR OF THE ESTATE OF ROBERT A. MCGRAW, III; TROY STEINHEISER;<br><br>  Defendants. | )<br>)<br>)<br>)<br>) **CIVIL ACTION NO. 20-985**<br>)<br>)<br>)<br>)<br>) |

## **VERDICT SLIP (LIABILITY)**

**QUESTION No. 1:**

Do you find by a preponderance of evidence that any Defendant violated Jordan Brown's constitutional rights as provided by the Fourth Amendment by initiating a criminal prosecution against him with malice and without probable cause?

(Check the appropriate box)

| | | |
|---|---|---|
| Defendant Wilson | _____ Yes | __✓__ No |
| Defendant Martin | _____ Yes | __✓__ No |
| Defendant McGraw, deceased | _____ Yes | __✓__ No |
| Defendant Steinheiser | _____ Yes | __✓__ No |

*Please continue to Question No. 2.*

1

**QUESTION No. 2:**

Do you find by a preponderance of evidence that any Defendant violated Jordan Brown's constitutional rights as provided by the Fourteenth Amendment by initiating criminal charges against him based upon fabricated evidence?

(check the appropriate box)

| | | |
|---|---|---|
| Defendant Wilson | _____ Yes | __✓__ No |
| Defendant Martin | _____ Yes | __✓__ No |
| Defendant McGraw, deceased | _____ Yes | __✓__ No |
| Defendant Steinheiser | _____ Yes | __✓__ No |

*Your deliberations are completed. Please sign and date this Verdict Slip below. Kindly provide the signed Verdict Slip to the Bailiff.*

DATE: 12/12/24

[signature]

[signature]
Foreperson

[signature]

[signature]

[signature]

[signature]

[signature]

2