AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| JORDAN BROWN <br> *Plaintiff* <br> v. <br> JANICE WILSON, JEFFREY MARTIN, MELISSA J. MCGRAW, administrator of the estate of Robert A. McGraw, III, and TROY STEINHEISER <br> *Defendants* | Civil Action No. 20-985 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: The jury having returned its verdict, judgment is entered on behalf of the defendants, Janice Wilson, Jeffrey Martin, Melissa J. McGraw, administrator of the estate of Robert A. McGraw, III, and Troy Steinheiser, and against the plaintiff, Jordan Brown.

This action was *(check one)*:

☒ tried by a jury with Judge W. Scott Hardy presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: December 17, 2024

CLERK OF COURT

/s/ Kallie Sheets
Signature of Clerk or Deputy Clerk